# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA A. KUNTZ                 :
                                        :
         Plaintiff,            :
                                          : CIVIL ACTION
            v.                  :
                                          : NO. 10-cv-00877
AETNA INC.                   :
                                        :
         Defendant.        :
                                          :

## ORDER

**AND NOW**, this _____ day of May, 2013, **IT IS HEREBY ORDERED**:

1. Upon careful consideration of plaintiff's motion for summary judgment (Doc. No. 17) and defendant's response, plaintiff's motion for summary judgment is **GRANTED**.

2. Upon careful consideration of defendant's motion for summary judgment (Doc. No. 19), plaintiff's response, and defendant's reply, defendant's motion for summary judgment is **DENIED**.

3. Plaintiff, Maria A. Kuntz, will submit to defendant, Aetna Inc., and the court any employment history after June 4, 2008, within fourteen days from the date of this order. Defendant will award Kuntz long term disability benefits in accordance with Aetna Inc.'s Long Term Disability Plan for a period of twenty-four months, unless Kuntz began to work in a reasonable occupation within that time period, in which case benefits will be paid for her period of unemployment from June 4, 2008, until she resumed working. Such benefits will include prejudgment interest.

4.  Plaintiff will submit briefing to support the request for attorney fees within fourteen days from the date of this order.  Defendant will then have fourteen days in which to submit its response.

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, C.J.